# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131498

SUZANNE VERBRUGGHE, as
Personal Representative of the
Estate of George Verbrugghe,
Deceased,
　　　　　Plaintiff-Appellee,

v

SELECT SPECIALTY HOSPITAL –
MACOMB COUNTY, INC.,
　　　　　Defendant-Appellee,

and

ARSENIO V. DeLEON, M.D.,
and MARIUS LAURINAITIS, M.D.,
　　　　　Defendants-Appellants,

and

JAVED ZIA, M.D.,
　　　　　Defendant.
_____

SC: 131498
COA: 263686
Macomb CC: 04-004423-NH

On order of the Court, the order of May 27, 2008 is VACATED because it was entered erroneously. The application for leave to appeal was dismissed on stipulation of the parties on February 13, 2008.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk